CHURCHILL COUNTY, a political subdivision of the State of Nevada; City of Fallon, a political subdivision of the State of Nevada, Plaintiffs–Appellants,

v.

Bruce BABBITT, in his official capacity as Secretary of the Interior; William Bettenberg, in his official capacity as Assistant Director, Office of Policy Analysis, Department of Interior; Jeffery Zippin, in his official capacity as Team Leader,Truckee–Carson Coordination Office, Department of Interior; Ronald Anglin, in his official capacity as Refuge Manager; Stillwater National Wildlife Refuge, Department of Interior; Marvin Plenert, in his official capacity as Regional Director of the United States Fish and Wildlife Services; John Doebel, in his official capacity as Assistant Regional Director of the United States Fish and Wildlife Services; Ann Ball, in her official capacity as Project Manager of Bureau of Reclamation Lahontan Basin Project Office, Defendants–Appellees,

and

Sierra Pacific Power Company, Intervenor.

CHURCHILL COUNTY, a political subdivision of the State of Nevada; City of Fallon, a political subdivision of the State of Nevada, Plaintiffs–Appellees, Sierra Pacific Power Company, Intervenor–Appellant,

v.

Bruce BABBITT, in his official capacity as Secretary of the Interior, Defendant.

Nos. 97–15508, 97–15813.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 1998.

The opinion filed July 15, 1998 [150 F.3d 1072], is hereby amended.

On page 7499 of the slip opinion [150 F.3d at 1079], the last sentence in paragraph 6 is amended by deleting the words "in the absence of a PEIS examining their combined effects".

The partial paragraph at the top of page 7501 [150 F.3d at 1080] is amended by deleting the words "caused by the FWS's failure to prepare a PEIS,".

The first full paragraph at the top of page 7502 [150 F.3d at 1080] is amended by deleting the words "prior to producing a PEIS".

At the end of the partial paragraph at the top of page 7492 [150 F.3d at 1076, end of first paragraph]a footnote should be added to read as follows:

"On this appeal we address only the standing of the local governments and the intervention of right of the local power utility. We make no judgment concerning the merits of this action."

With these amendments, the panel has voted to deny the petition for rehearing.

So ordered.